John Comolli & Co., Inc., Plaintiff, v. Edward Margolies and Another, Defendants. George Keister, Respondent, and Edward Margolies & Co., Inc., and Another, Appellants.— Judgment so far as appealed from affirmed, with

costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.